AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case No. 1:21-cr-28 |
| BRIAN ULRICH | ) Assign to: Judge Amit P. Mehta |
| | ) Date Assigned: 08/04/2021 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| | ) Case Related to 21-cr-28 (APM) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRIAN ULRICH,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy); 18 U.S.C. §§ 1512(c)2, 2 (Obstruction of an Official Proceeding and Aiding and Abetting);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds).

Date: 08/04/2021

Robin M. Meriweather
2021.08.04 22:52:12 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.       Robin M. Meriweather, United States Magistrate Judge
                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/9/2021, and the person was arrested on *(date)* 8/9/2021
at *(city and state)* Guyton, Georgia.

Date: 8/9/2021

_____, FBI
*Arresting officer's signature*

Paul M. Allen, Special Agent FBI
*Printed name and title*