UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 21-CR-28-APM |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| BRIAN ULRICH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION FOR SPECIAL ADMISSION OF NON-MEMBER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA BAR PURSUANT TO LOCAL CRIMINAL RULE 44.1(d)**

Upon consideration of the Motion for Special Admission of Non-Member of the Untied States District Court for the District of Columbia Bar Pursuant to Local Criminal Rule 44.1(d), and being otherwise fully advised in the premises, it is hereby ORDERED that the Motion is GRANTED.

It is ORDERED that Attilio J. (A. J.) Balbo is admitted *pro hac vice* for the limited purpose of appearing and participating in the above-captioned case as an attorney of record for the Defendant, Brian Ulrich.

SO ORDERED this _____ day of _____, 2021

_____
THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE