UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 21-CR-28-APM |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| BRIAN ULRICH, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS**

COMES NOW DEFENDANT BRIAN ULRICH, by and through his counsel of record, who respectfully requests that this Honorable Court allow him to join the motions of the following Co-Defendants:

| **Defendant** | **Doc.** | **Motion** |
|---|---|---|
| Thomas E. Caldwell | 240 | Motion to Dismiss Counts 1, 2, and 4 of the Indictment |
| Donovan Crowl | 288 | Motion to Dismiss Counts 1 and 2 of the Indictment |

To the extent that the motions are fact-specific to one defendant, the legal analysis applies equally to all defendants if granted. Further, it is in the interest of judicial economy to grant this Motion.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
11258 Ford Avenue, Ste. 11
Richmond Hill, Georgia 31324
912-459-1776 – Telephone
912-459-1777 – Facsimile
aj@balbogregg.com
Georgia Bar No. 142606

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2021, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
11258 Ford Avenue, Ste. 11
Richmond Hill, Georgia 31324
912-459-1776 – Telephone
912-459-1777 – Facsimile
Georgia Bar No. 142606